**Rajveer KANDOLA, a.k.a. Roger Kandola, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–74073.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 2, 2011.*

Filed Aug. 8, 2011.

Monika Sud–Devaraj, Law Offices of Monika Sud Devaraj and Marshall Whitehead, PLLC, Phoenix, AZ, for Petitioner.

Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, OIL, Richard Zanfardino, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: RYMER, IKUTA, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

Rajveer Kandola, a native and citizen of Canada, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his special motion to reopen to seek relief under former section 212(c) of the Immigration and Nationality Act, 8 U.S.C. § 1182(c) (repealed 1996). We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law and for abuse of

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Kandola's June 30, 2009, motion to reopen as untimely because it was filed over four years after the special motions deadline to seek relief under former section 212(c), and Kandola did not establish that he was entitled to equitable tolling of the deadline. *See* 8 C.F.R. § 1003.44(h).

We need not reach Kandola's remaining contentions in light of our disposition.

**PETITION FOR REVIEW DENIED.**